IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br>           Plaintiffs,<br>  vs.<br>LATROBE CONSTRUCTION COMPANY,<br>           Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>ELECTRONICALLY FILED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

      AND NOW, come Plaintiffs, and file this Motion for Leave to File a Supplemental Memorandum in Support of Proposed Findings of Fact and Conclusions of Law.

      The purpose for the Supplemental Memorandum, attached hereto, is to advise the Court of the August 1, 2005 decision of *Boral Indus. v. Cont'l Cas. Co*., 2005 U.S. App. LEXIS 15965 (11th Cir. 2005), in which the Eleventh Circuit recognized that an unqualified and unambiguous "right to settle" provision provides the carrier with the "unfettered right to settle claims." *Id*. at *3-4. The Court's decision is particularly persuasive in light of the comprehensive regulatory process through which the relevant insurance policy language came to be statutorily mandated, which is also addressed in the proposed Supplemental Memorandum.

626629

1

**WHEREFORE**, Royal respectfully requests that this Honorable Court grant its Motion for Leave to File this Supplemental Memorandum in Support of Proposed Findings of Fact and Conclusion of Law.

                                      Respectfully submitted,

                                      s/Bruce C. Fox_____
                                      Bruce C. Fox, Esquire (PA I.D. 42576)
                                      bruce.fox@obermayer.com
                                      Yarone S. Zober, Esquire (PA I.D. 91693)
                                      yarone.zober@obermayer.com
                                      OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                      One Mellon Center, Suite 5240
                                      500 Grant Street
                                      Pittsburgh, PA  15219

                                      Counsel for Plaintiffs Royal Insurance Company of
                                      America, Royal Indemnity Co. and American and Foreign
Dated:  August 24, 2005           Insurance Company

626629                                        2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has on the 24th day of August 2005, served a copy of the within *Plaintiff's* **Motion for Leave to File a Supplemental Memorandum in Support of Proposed Findings of Fact and Conclusions of Law** and *Plaintiff's* **Supplemental Memorandum in Support of Proposed Findings of Fact and Conclusions of Law** on the person and at the address listed below via U.S. mail, 1st class:

> Mark Gordon, Esq.
> Pietragallo Bosick & Gordon
> One Oxford Centre, 38th Floor
> Pittsburgh, PA 15219

> s/Bruce C. Fox_____
> Bruce C. Fox
> Attorney for Plaintiffs