IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, <br>         Plaintiffs, <br>    vs. <br> LATROBE CONSTRUCTION COMPANY, <br>         Defendant. | Civil Action No. 00-2128 <br><br> The Hon. Francis X. Caiazza <br> Chief Magistrate Judge <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of Proposed Findings of Fact and Conclusions of Law, it is hereby **ORDERED** that Plaintiffs' Motion, and leave to file their Supplemental Memorandum, is **GRANTED**.

 

_____
J.

647967