IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>LATROBE CONSTRUCTION COMPANY,<br><br>                Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy R. Smith, Esq. and the law firm Pietragallo, Bosick & Gordon on behalf of Defendants, Latrobe Construction Company, in the above-referenced matter.

                                      Respectfully submitted,

                                      PIETRAGALLO, BOSICK & GORDON

                                      By: _____S/_____
                                           Mark Gordon, Esq.
                                           PA I.D. No. 25561
                                           Timothy R. Smith, Esq.
                                           PA I.D. No. 63282
                                      One Oxford Centre, 38th Floor
                                      Pittsburgh, PA 15219
                                      (412) 263-2000

                                      Counsel for Defendant/Counterclaim Plaintiff,
                                      Latrobe Construction Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the following by regular mail, this 19th day of September, 2005:

>Bruce C. Fox, Esq.
>Obermayer Rebmann Maxwell & Hippel LLP
>One Mellon Center
>500 Grant Street, Suite 5240
>Pittsburgh, PA 15219
>*Counsel for Plaintiffs*

        PIETRAGALLO, BOSICK & GORDON


By: _____
    Timothy R. Smith, Esq.