IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiffs,<br>vs.<br><br>LATROBE CONSTRUCTION COMPANY,<br>Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge<br><br>**MOTION FOR LEAVE OF COURT TO FILE PETITION FOR WITHDRAWAL OF APPEARANCE**<br><br>ELECTRONICALLY FILED |

## MOTION FOR LEAVE OF COURT TO FILE PETITION FOR WITHDRAWAL OF APPEARANCE

AND NOW, come Plaintiffs Royal Insurance Company of America, Royal Indemnity Company, and American and Foreign Insurance Company ("Plaintiffs"), and seek leave of Court to file their Petition for Withdrawal of Appearance pursuant to L.R. 83.2.2(D).

1. On March 19, 2004, Attorney Bruce C. Fox entered his Notice of Appearance in this case on behalf of Plaintiffs; however, Attorney J. Matthew Horgan is still listed as one of the attorneys of record.

2. Mr. Fox has represented the interests of Plaintiffs since March 2004 and continues to do so.

655431

3. Mr. Horgan is no longer active counsel in the above-captioned matter and need not receive documents concerning the case.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| Bruce C. Fox, Esquire<br>PA I.D. 42576<br>bruce.fox@obermayer.com | J. Matthew Horgan, Esquire<br>PA I.D. 80316 |
| One Mellon Center, Suite 5240<br>500 Grant Street<br>Pittsburgh, PA 15219<br>P: (412) 566-1500<br>F: (412) 566-1508 | Two PPG Place<br>Suite 400<br>Pittsburgh, PA 15222<br>P: (412) 392-5620<br>F: (412) 392-5367 |
| Counsel for Plaintiffs Royal Insurance Company of America, Royal Indemnity Co. and American and Foreign Insurance Company | |

655431

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion for Leave of Court to File Petition for Withdrawal of Appearance* was sent on this 26th day of September 2005 and addressed as follows:

**VIA US MAIL**
J. Matthew Horgan
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

and

**VIA ECF NOTIFICATION**
Mark Gordon, Esquire
Pietragallo Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

s/Bruce C. Fox
Bruce C. Fox, Esquire

655431