IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>        Plaintiffs,<br>vs.<br><br>LATROBE CONSTRUCTION COMPANY,<br>        Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs are granted leave of court to file their Petition to Withdraw the Appearance of J. Matthew Horgan, Esquire, in the above-captioned matter.

BY THE COURT,

_____ J.

655431