# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |
| Plaintiffs, | |
| vs. | |
| LATROBE CONSTRUCTION COMPANY, Defendant. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs are granted leave of court to file their Withdrawal of Appearance of J. Matthew Horgan, Esquire, in the above-captioned matter.

BY THE COURT,

_____J.

656148