## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LATROBE CONSTRUCTION COMPANY, Defendant. | Civil Action No. 00-2128 <br><br> The Hon. Francis X. Caiazza <br> Chief Magistrate Judge |

## ORDER OF COURT

AND NOW, this _28th_ day of _September_,

2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs are granted

leave of court to file their Withdrawal of Appearance of J. Matthew Horgan, Esquire, in

the above-captioned matter.

BY THE COURT,

Francis X. Caiazza M.J.

656148