IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, | ) ) ) ) ) ) | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LATROBE CONSTRUCTION COMPANY, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy R. Smith, Esq. and the law firm Pietragallo, Bosick & Gordon on behalf of Defendants, Latrobe Construction Company, in the above-referenced matter.

Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON

By: _____S/Timothy R. Smith_____
Mark Gordon, Esq.
PA I.D. No. 25561
Timothy R. Smith, Esq.
PA I.D. No. 63282
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000

Counsel for Defendant/Counterclaim Plaintiff, Latrobe Construction Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the following by regular mail, this 19th day of September, 2005:

>Bruce C. Fox, Esq.
>Obermayer Rebmann Maxwell & Hippel LLP
>One Mellon Center
>500 Grant Street, Suite 5240
>Pittsburgh, PA 15219
>*Counsel for Plaintiffs*

>PIETRAGALLO, BOSICK & GORDON

>By: S/Timothy R. Smith
>   Timothy R. Smith, Esq.