IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>LATROBE CONSTRUCTION COMPANY,<br><br>               Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO:    MICHAEL E. LAMB, PROTHONOTARY

Kindly withdraw only the appearance of Bryan K. Shreckengost, Esquire as counsel for Defendant Latrobe Construction Company, in the above-captioned matter. Defendant, Latrobe Construction Company, will continue to be represented by Mark Gordon, Esquire and Timothy R. Smith, Esquire of the law firm Pietragallo Bosick & Gordon.

                              Respectfully submitted,

                              PIETRAGALLO, BOSICK & GORDON

                              By:      S/Bryan K. Shreckengost
                                    Bryan K. Shreckengost
                                    PA I.D. No. 69098
                                    Mark Gordon, Esq.
                                    PA I.D. No. 25561
                                    Timothy R. Smith, Esq.
                                    PA I.D. No. 63282
                              One Oxford Centre, 38th Floor
                              Pittsburgh, PA 15219
                              (412) 263-2000

                              Counsel for Defendant/Counterclaim Plaintiff,
                              Latrobe Construction Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance has been served upon the following by regular mail, this 31st day of October, 2005:

>Bruce C. Fox, Esq.
>Obermayer Rebmann Maxwell & Hippel LLP
>One Mellon Center
>500 Grant Street, Suite 5240
>Pittsburgh, PA 15219
>*Counsel for Plaintiffs*

PIETRAGALLO, BOSICK & GORDON


By: <u>S/Bryan K. Shreckengost</u>