IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, | ) ) ) ) ) ) | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LATROBE CONSTRUCTION COMPANY, | ) ) | |
| Defendant. | ) | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO:    MICHAEL E. LAMB, PROTHONOTARY

Kindly withdraw only the appearance of Bryan K. Shreckengost, Esquire as counsel for

Defendant Latrobe Construction Company, in the above-captioned matter. Defendant, Latrobe

Construction Company, will continue to be represented by Mark Gordon, Esquire and Timothy

R. Smith, Esquire of the law firm Pietragallo Bosick & Gordon.

Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON

By:    S/Bryan K. Shreckengost
          Bryan K. Shreckengost
          PA I.D. No. 69098
          Mark Gordon, Esq.
          PA I.D. No. 25561
          Timothy R. Smith, Esq.
          PA I.D. No. 63282
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000

Counsel for Defendant/Counterclaim Plaintiff,
Latrobe Construction Company

AND NOW, this 31st

day of October, 2005,

IT IS SO ORDERED.

Francis X. Caiazza
UNITED STATES MAGISTRATE JUDGE

-1-