IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 00-2128 Magistrate Judge Caiazza |
| LATROBE CONSTRUCTION COMPANY, | ) ) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED that the a status conference is now scheduled for **January 25, 2006 at 9:30 a.m.** Counsel for both sides shall have persons with settlement authority available by telephone.

January 17, 2006

s/Francis X. Caiazza
Francis X. Caiazza
U.S. Magistrate Judge

cc:
Bruce C. Fox, Esq.
Mark Gordon, Esq.
Timothy Smith, Esq.