**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 00-2128 Magistrate Judge Caiazza |
| LATROBE CONSTRUCTION COMPANY, | ) ) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED that the bench trial shall continue on **May 1, 2006 at 9:30 a.m.** Counsel shall contact Jim Imhof in chambers one week prior to the trial date for the courtroom location.

January 25, 2006                                s/Francis X. Caiazza
                                                Francis X. Caiazza
                                                U.S. Magistrate Judge

cc:
Bruce C. Fox, Esq.
Mark Gordon, Esq.
Timothy Smith, Esq.
Courtreporters