```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ROYAL INSURANCE COMPANY OF  )
AMERICA, *et al.*,          )
                            )
    Plaintiffs,             )
                            )
        v.                  )   Civil Action No. 00-2128
                            )   Magistrate Judge Caiazza
LATROBE CONSTRUCTION COMPANY, )
                            )
    Defendant.              )

### Settlement Conference

Before: **Magistrate Judge Caiazza**

Start: **January 25, 2006 at 9:30 a.m.**

Finish: **January 25, 2006, at 12:00 p.m.**

For Plaintiff:   Bruce Fox, Esq.
                 Jerry Schmenti (Expert)

For Defendants:  Mark Gordon, Esq.
                 Tim Smith, Esq.

Reporter: None

### OUTCOME

Settlement explored →
None reached —
Phase Two Hearing
May 1 – 5