**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
ROYAL INSURANCE COMPANY OF      )
AMERICA, et al.,                )
                                )
        Plaintiffs,             )
                                )
        v.                      )    Civil Action No. 00-2128
                                )    Magistrate Judge Caiazza
LATROBE CONSTRUCTION COMPANY,   )
                                )
        Defendant.              )
```

**AMENDED ORDER**

IT IS HEREBY ORDERED that the bench trial shall continue on **Tuesday, May 2, 2006 at 9:30 a.m.** in the U.S. Post Office and Courthouse, courtroom 9A, 9th Floor.


April 17, 2006                          s/Francis X. Caiazza
                                        Francis X. Caiazza
                                        U.S. Magistrate Judge


cc:
Bruce C. Fox, Esq.
Mark Gordon, Esq.
Timothy Smith, Esq.
Courtreporters