**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, | Civil Action No. 00-2128 |
| Plaintiffs, | |
| vs. | The Honorable Francis X. Caiazza U.S. Magistrate Judge |
| LATROBE CONSTRUCTION COMPANY, | |
| Defendant. | **Substitution of Appearance** |

**SUBSTITUTION OF APPEARANCE**

Please enter the appearance of Rudy A. Fabian, Esq., Obermayer Rebmann Maxwell & Hippel LLP, as additional counsel for Plaintiffs in the above-captioned matter, and allow this to serve as the substitution of appearance of Yarone S. Zober, Esq.

                                              OBERMAYER REBMANN
                                              MAXWELL & HIPPEL LLP

Dated: April 27, 2006                    By: _s/Bruce C. Fox_____
                                              Bruce C. Fox, Esq.
                                              bruce.fox@obermayer.com
                                              Pa. I.D. No. 42576
                                              Rudy A. Fabian, Esq.
                                              rudy.fabian@obermayer.com
                                              Pa. I.D. No. 56703
                                              One Mellon Center, Suite 5240
                                              500 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 566-1500
                                              F: (412) 566-1508

                                              Counsel for Plaintiffs Royal Insurance
                                              Company of North America, *et al.*

4041936

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has on the 27th day of April, 2006, served a copy of the within *Substitution of Appearance* on the person and at the address listed below via U.S. Mail, First Class, postage prepaid:

Mark Gordon, Esq.
Timothy Smith, Esq.
Pietragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15219-1407

                                                        s/Bruce C. Fox_____
                                                        Bruce C. Fox, Esquire