IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROYAL INSURANCE COMPANY )
)
)
)
vs. )           CA 00-2128
LATROBE CONSTRUCTION CO. )
)
)
)

HEARING ON   BENCH TRIAL ON Damages

Before   U.S. MAGISTRATE JUDGE CAIAZZA

Bruce Fox, ESQ                              Mark Gordon, ESQ
                                            Tim Smith, ESQ

Hearing began: 5/2/06 at 9:00 a.m.          Mickey Powers - Rep.
Hearing concluded: 5/3/06 - 11:00

                         π        WITNESSES        Δ

5/2/06  Peter Weber        (live)
        Gerald Chimenti    (live)
5/3/06  Diane Ledger       (live)

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| # | LTR Royal Insurance | | vs | Latrobe Construction | CASE NO. 00-2128 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | AS | 5/2/06 | ✓ | ✓ | Letter dated 12/1/99 from D. Hooper |
| | AT | " " | ✓ | ✓ | Loss Run of 3/1/02, Augustine, bates # R00007 |
| | AU | " " | ✓ | ✓ | WCJ decision dated 10/15/97 re Younker |
| | AV | " " | ✓ | ✓ | Loss Run of 3/1/02 for Younker, # 00007 |
| | AW | " " | ✓ | ✓ | Loss Run of 3/1/02 for Freed, # R0003 |
| 200A | | " " | ✓ | ✓ | Demand letter of 1/29/96 |
| | AY | 5/3/06 | ✓ | ✓ | Decision letter of 9/12/02 re underlying claim |
| | AZ | 5/3/06 | ✓ | ✓ | " " " " re settlement |
| | BA | " " | ✓ | ✓ | "Statement of Account" |
| | BB | " " | ✓ | ✓ | Dep. Tr. of Diane Ledger |
| | AX | " " | ✓ | ✓ | ∅ Notice of Depo for Ledger |

Page _____ of _____ Pages