IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LATROBE CONSTRUCTION COMPANY,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza |

### ORDER OF COURT

AND NOW, this _____ day of May, 2006, upon consideration of Defendant's Motion for Extension of Time, it is hereby **ORDERED** that Defendant shall file its Motion to Strike the Testimony of Gerald Chimenti by May 26, 2006. The Plaintiffs shall file their opposition papers by June 5, 2006. Also, by June 5, 2006, the parties may elect to file Proposed Findings and Conclusions, and the Defendant may respond to the Plaintiffs' Trial Brief regarding pre-judgment interest (see Doc. 165). As of June 5, 2006, the Court will view the briefing period as having closed.

_____
Honorable Francis X. Caiazza