IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY COMPANY, a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>LATROBE CONSTRUCTION COMPANY,<br><br>        Defendant. | Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of Latrobe Construction Company's Motion to Strike Testimony of Gerald Chimenti and accompanying Brief, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Phase II testimony of Gerald Chimenti is stricken.

By the Court:

_____
Francis X. Caiazza
Chief Magistrate Judge