IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, | Civil Action No. 00-2128 <br><br> The Hon. Francis X. Caiazza <br> Chief Magistrate Judge |
| Plaintiffs, <br><br> vs. <br><br> LATROBE CONSTRUCTION COMPANY, | **PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' ENTITLEMENT TO PRE-JUDGMENT INTEREST** |
| Defendant. | ELECTRONICALLY FILED |

AND NOW, come Plaintiffs, and file this Motion for Leave to File a Reply Brief in Support of Plaintiffs' Entitlement to Pre-Judgment Interest, stating as follows:

1. During the pretrial conference held in this matter on January 25, 2006, the Court invited the parties to file trial briefs addressed to the issue of Royal's entitlement to an award of prejudgment interest.

2. Royal accepted the Court's invitation and filed such a trial brief. Latrobe did not.

3. On June 6, 2006, along with its Proposed Findings of Fact and Conclusions of Law, Latrobe filed a Memorandum in Opposition to Plaintiff's Phase II Trial Memorandum Regarding Royal's Entitlement to Prejudgment Interest.

4. In order to bring relevant authority not previously cited in its Trial Brief to the Court's attention, Royal now wishes to file a Reply Brief in Support of its Entitlement to Prejudgment Interest. A copy of this brief and accompanying Exhibits are attached hereto.

4055927

1

**WHEREFORE**, Royal respectfully requests that this Honorable Court grant it Leave to File a Reply Brief in Support of Plaintiffs' Entitlement to Pre-judgment.

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

s/Bruce C. Fox_____
Bruce C. Fox, Esquire (PA I.D. 42576)
bruce.fox@obermayer.com
Rudy A. Fabian, Esquire (PA I.D. 56703)
rudy.fabian@obermayer.com
One Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA  15219
(412) 566-1500
F: (412) 566-1508

Dated: June 14, 2006

Counsel for Plaintiffs Royal Insurance Company of America, Royal Indemnity Co. and American and Foreign Insurance Company

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has on the 14th day of June 2006, served a copy of the within ***Plaintiffs' Motion for Leave to File a Reply Brief in Support of Plaintiffs' Entitlement to Pre-Judgment Interest*** on the person and at the address listed below via U.S. mail, 1st class:

Mark Gordon, Esq.
Pietragallo Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

s/Bruce C. Fox_____
Bruce C. Fox