**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LATROBE CONSTRUCTION COMPANY, <br><br> Defendant. | ) ) ) ) Civil Action No. 00-2128 ) ) ) ) The Hon. Francis X. Caiazza ) Chief Magistrate Judge ) ) ) ) ) ) ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' are granted leave of court to file their Reply Brief in Support of Plaintiffs' Entitlement to Pre-Judgment Interest, in the above-captioned matter.

BY THE COURT,

_____J.

4056607