PLAINTIFFS EXHIBIT

# COMPONENTS OF RETROSPECTIVE PREMIUM FORMULA

Retrospective Premium = [(Standard Premium × Basic Premium Factor) + (Incurred Losses × Loss Conversion Factor)] × Tax Multiplier

{Fixed Cost Component}:
- Sum of the Payroll × Rates for Each Classification
- Experience Modification Factor Applies to the Sum
- Administrative Expenses
- Broker Commissions
- Loss Control Services
- Premium Audit Expenses
- Insurance Charges for Claims Greater than Maximum Factor
- Allocated Loss Adj. Exp. For Claims In Excess of Maximum Premium
- Contingency Expenses
- Profit

{Variable Cost Component}:
- Paid Medical
- Medical Reserves
- Paid Indemnity
- Indemnity Reserves
- Allocated Loss Adjustment Expenses
- Unallocated Loss Adjustment Expenses

Tax Multiplier:
- Taxes on Premium Collected
- Licenses
- Fees
- Assessments

Retrospective Premium is Subject to Minimum and Maximum Premium Factors

Minimum Premium = Standard Premium × Minimum Premium Factor

Maximum Premium = Standard Premium × Maximum Premium Factor