# RETROSPECTIVE PREMIUM FORMULA

(Standard Premium X Basic Factor + Incurred Losses X Loss Conversion Factor) X Tax Multiplier

*This formula is subject to a minimum premium and a maximum premium.*