## Pre-Judgment Interest

Simple Interest @ 6% Annually from February 1, 1996 to May 1, 2006

### Interest Deduction for Claims Handling Issues

| | |
|---|---|
| Jury | $3,009 |
| Depree | 13,847 |
| Total | $16,856 |

Simple Interest @ 6% Annually

| Date | Overpayment | | Interest |
|---|---|---|---|
| 2/1/96 | $16,856 | | 1,011.36 |
| 2/1/97 | $16,856 | | 1,011.36 |
| 2/1/98 | $16,856 | | 1,011.36 |
| 2/1/99 | $16,856 | | 1,011.36 |
| 2/1/00 | $16,856 | | 1,011.36 |
| 2/1/01 | $16,856 | | 1,011.36 |
| 2/1/02 | $16,856 | | 1,011.36 |
| 2/1/03 | $16,856 | | 1,011.36 |
| 2/1/04 | $16,856 | | 1,011.36 |
| 2/1/05 | $16,856 | | 1,011.36 |
| 2/1/06 | $16,856 | | 252.84 |
| | | $ | 10,366.44 |

| | | |
|---|---|---|
| Retro Premium Interest | $ | 539,003.43 |
| Less Overpayment Interest | $ | (10,366.44) |
| **Net Interest** | $ | **528,636.99** |