## COMPONENTS OF RETROSPECTIVE PREMIUM FORMULA

$$\text{Retrospective Premium} = [(\text{Standard Premium} \times \text{Basic Premium Factor}) + (\text{Incurred Losses} \times \text{Loss Conversion Factor})] \times \text{Tax Multiplier}$$

**{Fixed Cost Component}** (under Basic Premium Factor):

| Sum of the Payroll x Rates for Each Classification Experience Modification Factor Applies to the Sum |
| --- |
| Administrative Expenses |
| Broker Commissions |
| Loss Control Services |
| Premium Audit Expenses |
| Insurance Charges for Claims Greater than Maximum Factor |
| Allocated Loss Adj. Exp. For Claims In Excess of Maximum Premium |
| Contingency Expenses |
| Profit |

**{Variable Cost Component}** (under Loss Conversion Factor):

| Paid Medical |
| --- |
| Medical Reserves |
| Paid Indemnity |
| Indemnity Reserves |

| Allocated Loss Adjustment Expenses |
| --- |
| Unallocated Loss Adjustment Expenses |

**Tax Multiplier:**

| Taxes on Premium Collected |
| --- |
| Licenses |
| Fees |
| Assessments |

Retrospective Premium is Subject to Minimum and Maximum Premium Factors

Minimum Premium = Standard Premium x Minimum Premium Factor

Maximum Premium = Standard Premium x Maximum Premium Factor

PLAINTIFFS EXHIBIT 190