IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 00-2128 |
| v. | ) ) | Magistrate Judge Caiazza |
| LATROBE CONSTRUCTION COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

    For the reasons set forth in the Findings and Conclusions filed contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, FINAL JUDGMENT is hereby entered in favor of the Plaintiffs and against the Defendant in the amount of $1,052,107.00. The Clerk is directed to mark this case closed.

    IT IS SO ORDERED.

July 14, 2006

cc (via email):

Bruce C. Fox, Esq.
Kathleen G. Sheehan, Esq.
Mark Gordon, Esq.
Timothy R. Smith, Esq.

Francis X. Caiazza
U.S. Magistrate Judge