# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, ROYAL INDEMNITY CO., a Delaware Corporation, and AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>LATROBE CONSTRUCTION COMPANY,<br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 00-2128<br><br>The Hon. Francis X. Caiazza<br>Chief Magistrate Judge |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs are granted their Motion for Disqualification of Defendant's Counsel, in the above-captioned matter.

　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　_____J

4069769

1