# EXHIBIT "B"

643964

Case 2:00-cv-02128-FXC    Document 184-4    Filed 08/04/2006    Page 2 of 2

**PIETRAGALLO BOSICK & GORDON LLP**

ATTORNEYS AT LAW

WILLIAM PIETRAGALLO, II
JOSEPH J. BOSICK (PA, OH & WV)
MARK GORDON
FRANCIS E. PIPAK, JR.
PAUL K. VEY (PA, WV & OH)
NORA BARRY FISCHER (PA, IL & WV)
DAVID H. DILLE
HARRY J. KLUCHER (PA & NJ)
ERIC P. REIF (PA & MI)
CLEM C. TRISCHLER (PA & WV)
PAMELA G. COCHENOUR
JOHN B. WISE
GEORGE R. FOX, III
P. BRENNAN HART
ERIC G. SOLLER
WILLIAM W. SCHRIMPF, SR.
ROBERT R. LEIGHT (PA & WV)
CHRISTOPHER L. WILDFIRE
ALAN G. TOWNER (PA, MD & USPTO)
LOUIS C. LONG (PA & WV)
KENNETH T. NEWMAN (PA, NJ & OH)
ROBERT P. LENART (PA & USPTO)
RICHARD A. POLLARD

ROBERT J. D'ANNIBALLE (OH & WV)
NANCY DAVIS STEWART
GAYLE L. GODFREY
JEANETTE H. HO (PA & WV)
BRYAN K. SHRECKENGOST
TIMOTHY R. SMITH (PA & WV)
BENJAMIN T. QUEEN, II (PA & USPTO)
SEAN B. EPSTEIN
MARTIN T. DURKIN, JR.
GAVIN M. O'CONNOR (PA & WV)
MICHAEL MAGEE (PA & WV)
JAMES W. KRAUS (PA, OH & WV)
TYLER J. SMITH
ROCHELLE L. BRIGHTWELL (PA & WV)
ANTHONY J. BASINSKI
MARTHA S. HELMREICH
JULIE F. SWEENEY
ERIC A. FISCHER
B.J. O'NEILL
MARK T. CALOYER
MARY MARGARET HILL (PA, OH & CA)
BRYAN S. NEFT (PA, OH, WV & CA)
TIMOTHY J. GREEN (PA & OH)
MICHELLE L. GORMAN (OH & WV)

LEE ANN RHODES
JENNIFER R. RUSSELL
SHANNON L. VOLL (PA & TX)
ANDREA M. BARTKO
ALBERT N. PETERLIN (PA & MD)
GREGORY J. FISCHER
JAMES F. MARRION (PA & WV)
MICHAEL E. BARRETT (PA & IL)
BRIAN S. GREEN (PA & WV)
ELIZABETH M. YANELLI
LARA A. NORTHROP (PA & USPTO)
CHRISTOPHER M. ELSWICK (WV)
AMY N. WILLIAMSON
ROBERT J. MONAHAN (PA & WV)
HEATHER A. TROSTLE (PA & WV)
MATTHEW D. GAILEY (PA, OH & WV)
W. BEN STEWART (FL)
SUSAN S. SHIN
DAVID W. TURNER

COUNSEL TO THE FIRM
ALFRED S. PELÁEZ
THOMAS J. WARD

THE THIRTY-EIGHTH FLOOR
ONE OXFORD CENTRE
PITTSBURGH, PA 15219
(412) 263-2000   (412) 261-5295 FAX

DIRECT DIAL NO.: 412-263-1838
E-MAIL: MG@PBandG.com
FILE NO.: PERMG-28460

July 6, 2006

RECEIVED JUL 7 2006

Rudy A. Fabian, Esquire
Obermayer Rebmann Maxwell & Hippel
One Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219

Re: Royal Insurance, et al. v. Latrobe Construction Co.

Dear Mr. Fabian:

Per yours of June 30, 2006, I assume that Royal has provided you with information regarding our firm's representation of Royal and/or its affiliates. My suggestion is that you go to that source to uncover the documents that you are requesting of my firm.

If you recover any information that confirms a conflict of interest, I assume that you will be sharing that with us. As it stands now, we do not perceive there to be a conflict of any kind.

Best wishes.

Very truly yours,

Mark Gordon

MG/cs