# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)
(District/State)   (Location)

U.S. TAX COURT ( )

CIRCUIT COURT DOCKET NO. _____ (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Royal Insurance Company of America, Royal Indemnity Company and American and Foreign Insurance Company,
   Plaintiffs,
v.
Latrobe Construction Company,
   Defendant.

DISTRICT or TAX COURT NO. 00-2128
DISTRICT of TAX COURT JUDGE: Francis X. Caiazza, Chief Magistrate Judge

Notice is hereby given that defendant, Latrobe Construction Company, (Named party) appeals to the United States Court of Appeals for the Third Circuit from

(X) Judgment   ( ) Order   ( ) Other (Specify) _____

entered in this action on July 14, 2006; Findings of Fact and Conclusions of Law entered July 14, 2006 and January 6, 2006; Orders entered July 14, 2006 (re Chimenti testimony), January 23, 2006 (denying, inter alia, motion regarding certificate of appealability), December 15, 2004 (pre-trial rulings), September 17, 2004 (re: Chimenti and summary judgment); September 18, 2001 (re: dismissal of certain counterclaims); and all other orders and rulings that begat the final judgment.

DATED: August ___, 2006

/s/ Mark Gordon, Esquire
(Counsel for Appellant - Signature)

Mark Gordon, Esquire - Pa. I.D. No. 25561
(Name of Counsel - typed)
Pietragallo, Bosick & Gordon LLP
One Oxford Centre, 38th Floor
~~301 Grant Street~~
(Address)

Pittsburgh, PA  15219
(City, State, Zip Code)

412-263-2000
(Telephone No. - U.S. Gov't FTS or Other)

Bruce C. Fox, Esquire
(Counsel for Appellee)
Obermayer Rebmann Maxwell & Hippel, LLP
One Mellon Center, Suite 5240
~~500 Grant Street~~
(Address)

Pittsburgh, PA  15219
(City, State, Zip Code)

412-566-1500
(Telephone No. - U.S. Gov't FTS or Other)

Note:  USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.