```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

        # 06005455 - ET ET
          August 9, 2006


     Code    Case #     Qty      Amount

     APPEAL D 00-2128    1 @   455.00
                                455.00 CC


        TOTAL→           455.00


     FROM: PIETRAGALLO, BOSICK & GORDON
           ONE OXFORD CENTRE
           38TH FLOOR
           PITTSBURGH, PA  15219
```