## NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT   FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PGH)
_____(District/State)_____(Location)

U.S. TAX COURT ( )                    CIRCUIT COURT
                                      DOCKET NO. _____
                                                (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Royal Insurance Company of America,
Royal Indemnity Company, and            DISTRICT or
American and Foreign Insurance Company,  TAX COURT NO. 00-2128
          Plaintiffs,                    DISTRICT of
     v.                                  TAX COURT
Latrobe Construction Company,            JUDGE Francis X. Caiazza
          Defendant.

Notice is hereby given that Plaintiffs, Royal Insurance Company, et al.
                            (Named party)
Appeal to the United State Court of Appeals for the Third Circuit from

(xx)  Judgment        (xx)  Order      ( ) Other (Specify) Phase II Findings
of Fact and Conclusions of Law _____
entered in this action on July 14, 2006  and Order entered in this action
on August 7, 2006, Denying Disqualification Motion.

DATED: _____8/21/06_____

_____
(Counsel for Appellant – Signature)

Bruce C. Fox, Esquire (Pa. ID.       Mark Gordon, Esquire
_____      _____
(Name of Counsel – typed)  No. 42576) (Counsel for Appellee)
Obermayer Rebmann Maxwell &          Pietragallo, Bosick & Gordon LLP
Hippel LLP; One Mellon Center        One Oxford Centre, 38th Floor
500 Grant Street, Suite 5240         301 Grant Street
_____      _____
(Address)                            (Address)

Pittsburgh, PA 15219                 Pittsburgh, PA 15219
_____      _____
(City, State, Zip Code)              (City, State, Zip Code)

(412) 566-1500                       (412) 263-2000
_____      _____
(Telephone No. – U.S. Gov't FTS or other) (Telephone No. – U.S. Gov't FTS or other)

Note:  USE ADDITIONAL SHEETS if all appellants and/or all counsel for
       appellees cannot be listed on the Notice of Appeal Sheet.

4074874