## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has on the 21st day of August 2006, served a copy of the within *Notice of Appeal* on the person and at the address listed below via U.S. mail, 1st class:

Mark Gordon, Esq.
Pietragallo Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

                                                s/Bruce C. Fox_____
                                                Bruce C. Fox, Esquire