```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

# 06005665 - KM
August 21, 2006

Code    Case #       Qty      Amount

APPEAL D 00-cv-2128   1 @   455.00
                            455.00 CH


TOTAL →                     455.00


FROM: OBERMAYER REBMANN MAXWELL &
      HIPPEL, LLP
```

CA 00-2128
Rec# 5665
$455.00