**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 00-2128 Magistrate Judge Caiazza |
| LATROBE CONSTRUCTION COMPANY, | ) ) ) | |
| Defendant. | ) | |

## Receipt for Defendant's Exhibits

Please find all of the Defendant's Exhibits marked and/or admitted into evidence during Phases I and II of the trial.

September 5, 2006

_David C. Donehue_
David C. Donehue, Esq.
Law Clerk


received by: _____    date: _9-5-06_