IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LATROBE CONSTRUCTION COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 00-2128 ) Magistrate Judge Caiazza ) ) ) ) ) |

### Receipt for Plaintiffs' Exhibits

Please find all of the Plaintiffs' Exhibits marked and/or admitted into evidence during Phases I and II of the trial.

September 5, 2006

_____
David C. Donehue, Esq.
Law Clerk

received by: _____   date: 9/6/06