UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-3673/3825
_____

ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation;
ROYAL INDEMNITY COMPANY, a Delaware Corporation;
AMERICAN AND FOREIGN INSURANCE COMPANY, a Delaware Corporation

Appellants in No. 06-3825

v.

LATROBE CONSTRUCTION COMPANY,

Appellant in No. 06-3673
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 00-cv-2128)
District Magistrate Judge: Honorable Francis X. Caiazza
_____

Argued June 4, 2008

Before:   FISHER, JORDAN, and VAN ANTWERPEN, *Circuit Judges*

_____

JUDGMENT
_____

  This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on June 4, 2008.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on July 14, 1996, be and the same is hereby AFFIRMED, all of the above in accordance with the opinion of this Court. Each party shall bear its own costs.

                                                  ATTEST:

                                        /s/Marcia M. Waldron
                                        Clerk

Dated July 1, 2008

**Certified as a true copy and issued in lieu of a formal mandate on**    08/15/2008

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**